Memorandum Decisions.

The Duval Building and Loan Association, a Corporation Under the Laws of Florida, Appellant, vs. George Sibbald Wilson and Tallulah P. Wilson, his wife, Appellees.

## DIVISION B.

Appeal from Circuit Court, Duval county; R. M. Call, Judge.

*W. B. Owen*, for Appellant.

*Jno. E. Hartridge* and *H. E. Bowden*, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.

Michael F. Dwyer, Plaintiff in Error, vs. Willoughby Adams, Charles W. Richardson and Charles D. Smith, Copartners as Adams & Richardson, Defendants in Error.

## DIVISION A.

Writ of error to the Circuit Court, Brevard county; Louis C. Massey, Referee.

*Robbins & Graham*, for Plaintiff in Error.

*John E. Hartridge*, for Defendants in Error.